AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTOPHER BARTOLOME<br><br>　　　　Plaintiff(s),<br><br>　　　　V.<br><br>CITY AND COUNTY OF HONOLULU; COLBY KASHIMOTO, Police Officer, DARREN CACHOLA, Police Officer, JOHN DOES 1-10, Police Officers,<br><br><br>　　　　Defendant(s). | **SECOND AMENDED** JUDGMENT IN A CIVIL CASE<br><br>Case: CIVIL NO. 06-00176 BMK<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>October 29, 2009<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[✓] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendants Colby Kashimoto and Darren Cachola and against Plaintiff Christopher Bartolome pursuant to the Special Verdict Form filed on April 28, 2009.

IT IS FURTHER ORDERED that costs are taxed in favor of Defendants City and County of Honolulu, Colby Kashimoto, and Darren Cachola in the amount of $ 5,105.89 pursuant to the Minute Order filed on October 26, 2009.

IT IS FURTHER ORDERED that Judgment is entered in favor of the City and County of Honolulu pursuant to the "Order Granting the City's Motion for Summary Judgment" filed on July 14, 2008.

| | |
|---|---|
| October 29, 2009 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by ES |
| | (By) Deputy Clerk |